UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CLAUDETTE MULLINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:15CV1399 NCC |
| CRAWFORD COUNTY JAIL, | ) ) ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Mail to plaintiff from the Court was returned without a forwarding address on January 27, 2016. As a result, the Court will dismiss this action without prejudice pursuant to Local Rule 2.06(B).

An Order of Dismissal will be filed separately.

Dated this 11th day of March, 2016.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE